Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00217-CV

____________

 

NATIONAL OILWELL, L.P., Appellant

 

V.

 

JOHN SLADIC, Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause
No.
99-15784

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 6,
2005.  On May 12, 2006, appellant filed
an unopposed motion to dismiss the appeal, stating that it had satisfied the
judgment below.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.